IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | CASE NUMBER: 14-07037-5-RDD |
| ROLAND GARY SAULS | ) | CHAPTER 13 |
| Debtor | ) | |

## OBJECTION TO CLAIM OF LOIS A. SAULS

COMES NOW Roland Gary Sauls, the debtor herein, by and through his attorney, and hereby objects to the allowance of claim number 3 of Lois A. Sauls filed herein in the amount of $178,667.49 upon the following grounds:

1. That on or about January 8, 2015, Lois A. Sauls filed claim number 3 in the amount of $178,667.49 and listed the basis for the claim as domestic support obligation.

2. That this is an equitable distribution settlement not a domestic support matter obligation.

WHEREFORE, Roland Gary Sauls request that claim number 3 of Lois A. Sauls be disallowed.

Date: January 19, 2015.

/s/ LESLIE LOCKE CRAFT
Leslie Locke Craft
Attorney for Debtors
3202 B Sunset Avenue
Rocky Mount, NC  27804
(252)-443-0885

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | CASE NUMBER:  14-07037-5-RDD |
| ROLAND GARY SAULS | ) | CHAPTER 13 |
| Debtor | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF OBJECTION TO PROOF OF CLAIM**

TO:  PARTIES IN INTEREST

       NOTICE IS HEREBY GIVEN of the Objection to Proof of Claim and Notice of Objection filed herewith by Debtors in the above captioned case; and

       FURTHER NOTICE IS HEREBY GIVEN that if you fail to respond or otherwise plead or request a hearing within **30 days** from the date of this notice, the relief requested in the Objection to Proof of Claim may be granted without further hearing or notice; and

       FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed by the parties in interest named herein in writing within the time indicated, a hearing will be conducted on the Objection to Proof of Claim and response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly.

       DATE OF NOTICE:  January 19, 2015

                                                    /s/ Leslie Locke Craft
                                                    LESLIE LOCKE CRAFT
                                                    Attorney for Debtor
                                                    N. C. State Bar # 13021
                                                    3202 B Sunset Avenue
                                                    Rocky Mount, NC  27804

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Objection to Proof of Claim was served upon:

Roland Sauls                                    served by U.S. mail
169 LaGrange Road
La Grange, NC  28551

Joseph Bledsoe, Trustee                         served electronically

Lois A. Sauls
1194 Mill Hole Road
Washington, NC  27889                           served by U. S. mail


By depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other depository under the exclusive care and custody of the United States Postal Service and/or by electronic mail, if applicable.

DATE:  January 19, 2015


/s/Leslie Locke Craft
LESLIE LOCKE CRAFT
3202 B Sunset Avenue
Rocky Mount, NC  27804
Telephone: (252) 443-0885